**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                     (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   CommuniClique, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Clique API, Inc., Clique Communications LLC, Clique Communications Inc., Empower International, LLC, Empower Investments, LLC, Sabotage, LLC
   AT SP Investment LLC, Skate Bruthas, Inc., Speek, Inc., DCR Inc., Tim and Andy LLC, Ruby Ventures LLC, Clique, LLC, Maggie & Andy, LLC
   ARTT LLC, Andy Powers Technology Consulting, LLC, Blue ABP, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___  ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   811         W. 7th St., 12 Floor
   Number      Street

   _____

   Los Angeles              CA    90017
   City                     State ZIP Code

   Los Angeles
   County

   **Mailing address, if different**

   _____
   Number       Street

   _____
   P.O. Box

   _____  _____  _____
   City                    State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number       Street

   _____

   _____  _____  _____
   City                    State  ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  CommuniClique, Inc.  
       Name

Case number (*if known*) _____

---

**6. Debtor's website** (URL)    www.cliqueapi.com

---

**7. Type of debtor**

- [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [X] None of the types of business listed.
- [ ] Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [ ] No
- [X] Yes. Debtor  See attached Schedule A    Relationship _____

District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

---

## Part 3:  Report About the Case

**10. Venue**

*Check one:*

- [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [X] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  CommuniClique, Inc._____   Case number (*if known*)_____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Andrew and Jaime Schwartzberg | Judgment; Note | $ 4,000,025.12 |
| Keith Hladek | Judgment | $ 40,003.20 |
| Stonehaven Capital | Judgment | $ 100,005.12 |
| | Total of petitioners' claims | $ See attached Schedule B for additional petitioners and information on claims |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| Andrew and Jaime Schwartzberg | Daniel A. O'Brien |
| Name | Printed name |
| | Venable LLP |
| 1135  Rivas Canyon Rd. | Firm name, if any |
| Number  Street | |
| Pacific Palisades    CA    90272 | 1201  N. Market St., Suite 1400 |
| City    State    ZIP Code | Number  Street |
| | Wilmington    DE    19801 |
| **Name and mailing address of petitioner's representative, if any** | City    State    ZIP Code |
| Name | Contact phone  302-298-3523   Email  daobrien@venable.com |
| Number  Street | Bar number  4897 |
| City    State    ZIP Code | State    DE |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  03/15/2019 | **X** /s/ Daniel A. O'Brien |
| MM / DD / YYYY | Signature of attorney |
| **X** /s/ Andrew Schwartzberg; /s/ Jaime Schwartzberg | Date signed  03/15/2019 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

Debtor  CommuniClique, Inc.
_____
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Keith Hladek
Name

27593 Paddock Trail Place
Number   Street

Chantilly | VA | 20152
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City | Country | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2019
MM / DD / YYYY

✘ /s/ Keith Hladek
Signature of petitioner or representative, including representative's title

---

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number   Street

Wilmington | DE | 19807
City | State | ZIP Code

Contact phone  302-298-3523   Email  daobrien@venable.com

Bar number  4897

State  DE

✘ /s/ Daniel A. O'Brien
Signature of attorney

Date signed  03/15/2019
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Stonehaven Capital
Name

11409 Coyote Ct.
Number   Street

Potomac Falls | VA | 20165
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Braun Jones
Name

11409 Coyote Ct.
Number   Street

Potomac Falls | VA | 20165
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2019
MM / DD / YYYY

✘ /s/ Braun Jones, Managing Director
Signature of petitioner or representative, including representative's title

---

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number   Street

Wilmington | DE | 19801
City | State | ZIP Code

Contact phone  302-298-3523   Email  daobrien@venable.com

Bar number  4897

State  DE

✘ /s/ Daniel A. O'Brien
Signature of attorney

Date signed  03/15/2019
MM / DD / YYYY

---

Debtor   CommuniClique, Inc.
         Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

Erik Sachwitz
Name

6457 Overbrook Street
Number   Street

Falls Church            VA          22043
City                    State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2019
              MM / DD / YYYY

✗  /s/ Erik Sachwitz
Signature of petitioner or representative, including representative's title

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number   Street

Wilmington              DE          19801
City                    State       ZIP Code

Contact phone  302-298-3523   Email  daobrien@venable.com

Bar number     4897

State          DE

✗  /s/ Daniel A. O'Brien
Signature of attorney

Date signed    03/15/2019
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

Philip Lowit
Name

c/o Dunlap Bennett & Ludwig
800 Boone Blvd., Suite 250
Number   Street

Vienna                  VA          22182
City                    State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2019
              MM / DD / YYYY

✗  /s/ Philip Lowit
Signature of petitioner or representative, including representative's title

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number   Street

Wilmington              DE          19801
City                    State       ZIP Code

Contact phone  302-298-3523   Email  daobrien@venable.com

Bar number     4897

State          DE

✗  /s/ Daniel A. O'Brien
Signature of attorney

Date signed    03/15/2019
               MM / DD / YYYY

Debtor  CommuniClique, Inc.
_____
Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

Adam Stern
Name

888 C 8th Ave. #530
Number   Street

New York            NY        10019
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2019
              MM / DD / YYYY

✖ /s/ Adam Stern
Signature of petitioner or representative, including representative's title

---

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number   Street

Wilmington             DE       19801
City                   State    ZIP Code

Contact phone  302-298-3523   Email daobrien@venable.com

Bar number   4897

State   DE

✖ /s/ Daniel A. O'Brien
Signature of attorney

Date signed   03/15/2019
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Robert Mitchell Pons
Name

739 Williamson Rd.
Number   Street

Gladwyne            PA        19035
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2019
              MM / DD / YYYY

✖ /s/ Robert M. Pons
Signature of petitioner or representative, including representative's title

---

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number   Street

Wilmington             DE       19801
City                   State    ZIP Code

Contact phone  302-298-3523   Email daobrien@venable.com

Bar number   4897

State   DE

✖ /s/ Daniel A. O'Brien
Signature of attorney

Date signed   03/15/2019
              MM / DD / YYYY

Debtor  CommuniClique, Inc.
_____Name_____

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

Paitaridis Children Family Trust
Name

20 Higgins Rd.
Number    Street

Bentleigh, Melbourne, Victoria    Australia    3204
City                                Country      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Paitaridis Investments Pty Ltd, Trustee
Name

20 Higgins Rd.
Number    Street

Bentleigh, Melbourne, Victoria    Australia    3204
City                                Country      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2019
            MM / DD / YYYY

✗ /s/ John Paitaritis, Director
Signature of petitioner or representative, including representative's title

---

Daniel A. O'Brien
Printed name

Venable LLP
Firm name, if any

1201 N. Market St., Suite 1400
Number    Street

Wilmington              DE          19807
City                    State       ZIP Code

Contact phone  302-298-3523   Email  daobrien@venable.com

Bar number  4897

State  DE

✗ /s/ Daniel A. O'Brien
Signature of attorney

Date signed  03/15/2019
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone  _____   Email  _____

Bar number  _____

State  DE

✗ _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

# Schedule A

Including the debtor identified on this petition, an involuntary bankruptcy petition was filed concurrently herewith in the United States Bankruptcy Court for the District of Delaware against the following affiliated entity:

Andrew Brent Powers

Debtor: CommuniClique, Inc.

**Schedule B – Petitioning Creditors**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew and Jaime Schwartzberg<br>1135 Rivas Canyon Rd.<br>Pacific Palisades, CA 90272 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act<br><br><u>Note</u><br><br>Amounts due under that certain Convertible Promissory Note dated as of November 15, 2017, by CommuniClique, Inc., payable to Andrew Schwartzberg, and guaranteed by Andrew B. Powers, as amended by that certain Loan Modification Agreement dated as of January 8, 2019, which Note is in default | Judgment not less than $1,500,025.12 together with any applicable interest, costs, and attorneys' fee<br><br><br><br><br><br><br><br><br><br>Not less than $2,500,000.00 together with any applicable interest, costs, and attorneys' fee |
| Keith Hladek<br>27593 Paddock Trail Place<br>Chantilly, VA 20152 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $40,003.20 together with any applicable interest, costs, and attorneys' fee |

Debtor: CommuniClique, Inc.

**Schedule B – Petitioning Creditors**

| | | |
|---|---|---|
| Stonehaven Capital<br>c/o Braun Jones<br>11409 Coyote Ct.<br>Potomac Falls, VA 20165 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $100,005.12 together with any applicable interest, costs, and attorneys' fee |
| Erik Sachwitz<br>6457 Overbrook Street<br>Falls Church, VA 22043 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $161,280.00 together with any applicable interest, costs, and attorneys' fee |
| Philip Lowit<br>c/o Dunlap Bennett & Ludwig<br>800 Boone Blvd., Suite 250<br>Vienna, VA 22182 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $374,988.80 together with any applicable interest, costs, and attorneys' fee |

Debtor: CommuniClique, Inc.

**Schedule B – Petitioning Creditors**

| | | |
|---|---|---|
| Adam Stern<br>888 C 8th Ave.<br>#530<br>New York, NY 10019 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $100,000.00 together with any applicable interest, costs, and attorneys' fee |
| Robert M. Pons<br>739 Williamson Rd.<br>Gladwyne, PA 19305 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $100,004.16 together with any applicable interest, costs, and attorneys' fee |
| Paitaridis Children Family Trust<br>c/o Paitaridis Investments Pty Ltd<br>20 Higgins Rd.<br>Bentleigh, Melbourne, VIC<br>Australia 3204 | <u>Judgment</u><br><br>Amounts due under the final Judgment Order entered by the State Corporation Commission of the Commonwealth of Virginia on August 30, 2018 in Case No. SEC-2017-00051 on behalf of, among others, each Petitioning Creditor against CommuniClique, Inc. and Andrew Brent Powers for violations of the Virginia Securities Act | Judgment not less than $499,975.00 together with any applicable interest, costs, and attorneys' fee |
| | **Total of Petitioners' Claims:** | **$5,376,281.04** |