# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| CommuniClique, Inc., | : Case No. 19-10573 (KG) |
| Alleged Debtor. | : |

## STATEMENT OF CORPORATE OWNERSHIP

I, Braun Jones, Managing Director of Stonehaven Capital LLC, named as a Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 7007.1(a) that no corporation directly or indirectly owns 10% or more of any class of Stonehaven Capital LLC's equity interests.

Dated: March 18, 2019

*/s/ Braun Jones* \_\_\_\_
Braun Jones, Managing Director