IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  CommuniClique, Inc | Chapter 7 (Involuntary Petition) |
| | Case No. 19-10573-KG |
| Debtor(s) | |

LIMITED ENTRY OF APPEARANCE

**NOW COMES** Neil F. Dignon, Esquire, and does enter his limited appearance on behalf of the Debtor, CommuniClique, Inc., for the express and limited purposes the court's *Sua Sponte* Motion to tranfer Venue to California and to respond to the Petitioning Creditor's Motion to Strike Answer..

                                                  Respectfully submitted,
                                                  /s/ Neil F. Dignon_____
                                                  Neil F. Dignon, Esquire
                                                  Bar Number 3625
                                                  Attorney for the Movant
                                                  Neil F. Dignon, Esquire, Attorney at Law
                                                  20771 Professional Park Blvd
                                                  Tel (302) 725-0288
                                                  Fax (800) 494-8413
                                                  Email: N.Dignon@neilfdignon.com

DATED: May 5, 2019

## CERTIFICATE OF SERVICE

I, Neil F. Dignon, Esquire, hereby certify that I am not less than 18 years of age, and that on, May 5, 2019, I caused service of this Limited Entry of Appearance, to be made by first class United States or electronic mail upon:

Daniel A. O'Brien, Esquire
Venable LLP
1201 N. Market St.
Suite 1400
Wilmington, DE 19801
Counsel for all Petitioning Creditors

Office of the United States Trustee
844 King Street
Suite 2007
Lockbox 35
Wilmington, DE 19801

CommuniClique, Inc.
811 W. 7th St., 12th Floor
Los Angeles, CA 90017

Under penalty of perjury, I hereby declare that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| May 5, 2019 | /s/ Neil F. Dignon, _____ |
| Date | Signature |