**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
|  | : |
| In re: | : Chapter 7 |
|  | : |
| CommuniClique, Inc., | : Case No. 19-10573 (KG) |
|  | : |
| Alleged Debtor. | : |
|  | : |

**AMENDED NOTICE OF HEARING REGARDING COURT'S *SUA SPONTE***
**ORAL MOTION TO TRANSFER CASES[1]**

**PEASE TAKE NOTICE** that a hearing on the Court's *sua sponte* Oral Motion to Transfer

the Cases (the "Motion") will be held before the Honorable Kevin Gross at the United States

Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on

**May 9, 2019 at 10:00 a.m. (ET)**. (the "Hearing") pursuant to the Court's Order dated April 25,

2019 (the "Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, responses to the

Motion, if any, are to be filed on or before **May 6, 2019 at 4:00 p.m. (ET)**.

Dated: May **6**, 2019                          **VENABLE LLP**
      Wilmington, Delaware

                                 */s/ Daniel A. O'Brien*_____
                                 Daniel A. O'Brien (No. 4897)
                                 1201 N. Market Street, Suite 1400
                                 Wilmington, Delaware 19801
                                 Telephone:  302-298-3535
                                 Facsimile:  302-298-3550
                                 daobrien@venable.com

                                        -and-

---

[1] Changes to the Notice of Hearing are highlighted in bold and underlined.

2

Andrew J. Currie, Esq.
Benjamin E. Horowitz, Esq.
600 Massachusetts Avenue, NW
Washington D.C. 20001
Telephone:  202-344-4586
Facsimile:  202-344-8300
ajcurrie@venable.com
behorowitz@venable.com

*Counsel to the Petitioning Creditors*