### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CommuniClique, Inc., | : | Case No. 19-10573 (KG) |
| Alleged Debtor. | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 9, 2019 AT 10:00 A.M. (ET)

**MATTERS GOING FORWARD**

1. Motion for (I) Entry of an Order Striking Alleged Debtors' Answers to Involuntary Petitions, and (II) Entry of the Orders for (I) Entry of an Order Striking Alleged Debtors Answers to Involuntary Petitions, and (II) Entry of the Orders for Relief  [Docket No. 24; 5/2/19]

Objection Deadline:    At the hearing.

Objections/Responses Received:  None

Related Documents:

    A.    Answer to Involuntary Petition filed by CommuniClique, Inc. [Docket No. 22; 4/29/19]

    B.    Motion to Shorten Notice [Docket No. 25; 5/2/19]

    C.    Order Granting Motion to Shorten Notice [Docket No. 26; 5/2/19]

    D.    Notice of Hearing [Docket No. 27; 5/3/19]

    E.    Amended Answer to Involuntary Petition filed by CommuniClique, Inc. [Docket No. 28;   5/5/19]

Status:  The hearing on this matter will go forward.

2.    Court's *Sua Sponte* Motion to Transfer Cases [Docket No. 26; 5/2/19]

Objection Deadline:  May 6, 2019 at 4 p.m. (ET)

Objections/Responses Received:

A. Response to Court's *Sua Sponte* Motion to Transfer Cases filed by Petitioning Creditors [Docket No. 31; 5/6/19]

B. Response to Court's *Sua Sponte* Motion to Transfer Venue filed by CommuniClique, Inc. [Docket No. 32; 5/6/19]

Related Documents:

C. Order Granting Motion to Extend Deadline to File Answers and Scheduling Hearing on *Sua Sponte* Motion to Transfer [Docket No. 20; 4/25/19]

D. Amended Notice of Hearing [Docket No. 30; 5/6/19]

Status: This matter will be going forward.

Dated: May 7, 2019
Wilmington, Delaware

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: 302-298-3535
Facsimile: 302-298-3550
daobrien@venable.com

-and-

Andrew J. Currie, Esq.
Benjamin E. Horowitz, Esq.
600 Massachusetts Avenue, NW
Washington D.C. 20001
Telephone: 202-344-4586
Facsimile: 202-344-8300
ajcurrie@venable.com
behorowitz@venable.com

*Counsel to the Petitioning Creditors*