# SIGN-IN-SHEET

**CASE NAME:** CommuniClique, Inc. /Andrew Brent Powers   **COURTROOM LOCATION:** 3
**CASE NO.:** 19-10573/19-10574 (KG)   **DATE:** 5/9/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan O'Brien | Venable | Petitioning Creditors |
| Ben Horowitz | Venable | " |
| David L. Buchbinder | UST | UST |
| Neil Dignon | Solo | Powers + Communiclique |