IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| CommuniClique, Inc., | : Case No. 19-10573 (KG) |
| | : |
| Alleged Debtor. | : |

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on March 15, 2019 against the above-named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is GRANTED.

Dated: May 9, 2019
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE